No. 02–1528. CITY OF CHARLESTON, SOUTH CAROLINA, ET AL. *v.* FERGUSON ET AL. C. A. 4th Cir. Certiorari denied. ■

No. 02–1535. DAISEY *v.* NATIONAL TRANSPORTATION SAFETY BOARD ET AL. C. A. 9th Cir. Certiorari denied. ■

No. 02–1555. MARTIN ET AL. *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied. ■

No. 02–1556. GARAAS *v.* DISCIPLINARY BOARD OF THE SUPREME COURT OF NORTH DAKOTA ET AL. Sup. Ct. N. D. Certiorari denied. ■

No. 02–1585. BAYSTATE TECHNOLOGIES, INC. *v.* BOWERS, DBA HLB TECHNOLOGY. C. A. Fed. Cir. Certiorari denied. ■

No. 02–1587. DAHL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ■

No. 02–1588. DENARDO *v.* BARRANS ET AL. Sup. Ct. Alaska. Certiorari denied. ■

No. 02–1618. MOORING *v.* EAST CAROLINA UNIVERSITY ET AL. C. A. 4th Cir. Certiorari denied. ■

No. 02–1621. ROCKEFELLER *v.* ABRAHAM, SECRETARY OF ENERGY. C. A. 10th Cir. Certiorari denied. ■

No. 02–1639. HIBBARD *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied. ■

No. 02–1650. CARIBE-GARCIA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. ■

No. 02–1659. RIVERA-PEREZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. ■

No. 02–8448. VIALVA *v.* UNITED STATES; and
No. 02–8492. BERNARD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ■